THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL ERNEST LEE JOYNER SR., <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF ROSIE RIVERA et al., <br><br> Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER** <br><br> Case No. 2:22-CV-720 DAK <br><br> District Judge Dale A. Kimball |

Plaintiff has not responded to the Court's September 18, 2023, order to within a final thirty days show cause why this case should not be dismissed for failure to comply with the Court's order to submit an initial partial filing fee. (ECF No. 17.) And, Plaintiff has not since updated Plaintiff's address with the Court as required. *See* D. Utah Civ. R. 83-1.3(e) ("In all cases, counsel and parties appearing *pro se* must notify the clerk's office immediately of any change in address, email address, or telephone number."). Indeed, the latest item that the Court mailed to Plaintiff was returned to sender, marked, "UNABLE TO FORWARD" and "PRISONER RELEASED." (ECF No. 18.)

Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

DATED this 30th day of October 2023.

BY THE COURT:

*[signature: Dale A. Kimball]*

DALE A. KIMBALL
United States District Judge